

FILED
MAR - 8 2023
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

        *Plaintiff*,

v.

CECIL BROWNING HIGGINBOTHAM,
a/k/a Cecil Browning Higginbotham III,

        *Defendant*.

Case No. CR 23-039 RAW

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### MURDER IN INDIAN COUNTRY
### [18 U.S.C. §§ 1111(a), 1151, & 1153]

On or about August 10, 2022, within the Eastern District of Oklahoma, in Indian Country, the defendant, **CECIL BROWNING HIGGINBOTHAM, a/k/a Cecil Browning Higginbotham III**, an Indian, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill S.H., in violation of Title 18, United States Code, Sections 1111(a), 1151, and 1153.

## COUNT TWO

### CHILD NEGLECT IN INDIAN COUNTRY
### [18 U.S.C. §§ 1151, 1153 & 21 O.S. 843.5(C)]

On or about August 10, 2022, within the Eastern District of Oklahoma, in Indian Country, the defendant, **CECIL BROWNING HIGGINBOTHAM, a/k/a Cecil Browning Higginbotham III**, an Indian, did willfully and maliciously fail and omit to provide H.M. adequate and appropriate care and supervision, and fail and omit to protect H.M. from exposure to illegal

activity, all while defendant was responsible for the health, safety, and welfare of H.M., a child under the age of eighteen, in violation of Title 18, United States Code, Sections 1151, 1153, and Title 21, Oklahoma Statutes, Section 843.5(C).

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

*/s/ T. C.M.*

T. CAMERON MCEWEN, AL Bar #7161-R67M
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY